**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Jesus M Soto,

Plaintiff,

v.

Unknown Nickell, et al.,

Defendants.

No. CV-26-01209-PHX-KML (CDB)

**ORDER**

On August 20, 2026, Magistrate Judge Camille D. Bibles issued a Report and Recommendation ("R&R") recommending the court deny plaintiff "leave to proceed on the claims stated against Nickells, Altiens, and the ADCRR in [the] proposed amended complaint." (Doc. 28 at 6.) No objections to the R&R were filed. The R&R is adopted in full. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

/

/

/

/

/

/

/

**IT IS ORDERED** the Amended Complaint (Doc. 20) is the operative complaint.

**IT IS FURTHER ORDERED** the Report and Recommendation (Doc. 28) is **ADOPTED**. Defendants Nickells, Altiens, and the Arizona Department of Corrections Rehabilitation and Reentry are **DISMISSED**. Defendant Santoyo shall respond to the amended complaint within ten days of this order.

Dated this 1st day of October, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**